[No. 35517-5-II.   Division Two.   April 29, 2008.]

THE HARBOURSIDE OWNERS ASSOCIATION, *Respondent*, v. ROGER JAMES EVANS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-2-00380-6, M. Karlynn Haberly, J., entered September 29, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 35533-7-II.   Division Two.   April 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. VENUS R. MAHALA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 05-1-00485-1, Toni A. Sheldon and James B. Sawyer II, JJ., entered September 11, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 35814-0-II.   Division Two.   April 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBB EUGENE YORK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-02208-4, Robert L. Harris, J., entered January 12, 2007. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 35977-4-II.   Division Two.   April 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TERENCE G. FIELD, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 05-1-00012-6, William J. Faubion, J. Pro Tem., entered February 28, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.